# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CD LIQUIDATION CO., LLC, *et al.*, | ) Case No. 09-13038 (KG) |
| | ) |
| Debtors. | ) Substantively Consolidated |
| | ) |
| | ) **Re: Docket No. 1611** |

*ORIGINAL*

## FINAL DECREE CLOSING THE CHAPTER 11 CASES OF CD LIQUIDATION CO., LLC, CD LIQUIDATION CO., PLUS, LLC, AND CYNERGY DATA HOLDINGS, INC. AND AN ORDER TERMINATING THE LIQUIDATION TRUST

Upon the consideration of the motion (the "Motion")[1], filed by Jesse L. York in his capacity as the trustee (the "Liquidation Trustee") of the CD Liquidation Trust (the "Liquidation Trust"), for entry of a final decree closing the chapter 11 Cases of CD Liquidation Co., LLC, CD Liquidation Co. Plus, LLC, and Cynergy Data Holdings, Inc. and terminating the Liquidation Trust, all as more fully set forth in the Motion; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Liquidation Trustee has provided appropriate notice of the Motion; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due cause appearing therefor, it is **HEREBY ORDERED THAT:**

---

[1] Capitalized terms not otherwise defined in this Final Decree shall have the meanings ascribed to them in the Motion.

60579197.2

1. The Motion is GRANTED as set forth herein.

2. The following chapter 11 Cases are hereby closed: CD Liquidation Co., LLC (09-13038); Cynergy Data Holdings, Inc. (09-13039); and CD Liquidation Co. Plus, LLC (09-13040).

3. A copy of this Order shall be docketed in each of the Debtors' chapter 11 Cases as follows:

> **Case No. 09-13038**   CD Liquidation Co., LLC
>
> **Case No. 09-13039**   Cynergy Data Holdings, Inc.
>
> **Case No. 09-13040**   CD Liquidation Co. Plus, LLC

4. This Order shall serve as a final decree closing the Debtors' chapter 11 Cases.

5. The Liquidation Trustee is directed to remit to the Office of the U.S. Trustee any fees that are due and owing.

6. The Liquidation Trust is hereby terminated in accordance with section 9.1 of the Liquidation Trust Agreement.

7. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court shall retain jurisdiction as provided in Article XI of the Plan to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: September 29, 2017
Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge